UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDENBROOK CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYTHMONE PLC, et al., <br><br> Defendants. | Case No. 19-cv-00615-WHO <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: Dkt. No. 47 |

The parties have advised the court that they have agreed to a settlement of this case. Dkt. No. 47. **IT IS HEREBY ORDERED** that this case be dismissed without prejudice. However, if any party certifies to this court, within **sixty (60) days**, that settlement has not occurred, this Order shall be vacated and the case reopened.

Dated: December 9, 2019



WILLIAM H. ORRICK
United States District Judge